UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENDA MARTINEZ, | Case No. 2:14-cv-01617-RFB-NJK |
| Plaintiff, | ORDER |
| v. | |
| LAS VEGAS SANDS CORP., | |
| Defendant. | |

The ENE Conference scheduled on December 11, 2014, before the Honorable McQuaid was cancelled the morning of the conference because of weather problems which cancelled Judge McQuaid's flight. Chambers staff conferred with counsel for a mutually agreeable date to continue the ENE. Unfortunately Judge McQuaid is unavailable for the dates discussed and unavailable until March 2015. To avoid further delay,

**IT IS ORDERED** that:

1. The ENE shall be **CONTINUED** to **February 10, 2015, at 1:30 p.m.**, before <u>Judge Leen</u>. The Clerk of Court shall forward the confidential statements delivered to Judge McQuaid in Reno to Judge Leen

2. All other instructions within the original Order Scheduling ENE (Dkt. #14) shall remain.

DATED this 18th day of December, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1