ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 011180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant Las Vegas Sands Corp.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GLENDA MARTINEZ, a/k/a GLENDA CASTANEDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Nevada Corporation d/b/a THE PALAZZO,<br><br>Defendant. | Case No.: 2:14-cv-01617-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Glenda Martinez a/k/a Glenda Castaneda ("Plaintiff") and Defendant Las Vegas Sands Corp. d/b/a The Palazzo ("Defendant"), by and through their respective undersigned counsel, that the above-entitled action shall be dismissed

///

///

///

///

///

with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| Dated this 10th day of March, 2015 | Dated this 10th day of March, 2015 |
| KANG & ASSOCIATES, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Kyle R. Tatum | /s/ Dana B. Krulewitz |
| Patrick W. Kang, Esq.<br>Kyle R. Tatum, Esq.<br>6480 West Spring Mountain Road Suite 1<br>Las Vegas, NV  89103 | Anthony L. Martin, Esq.<br>Dana B. Krulewitz, Esq.<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV  89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Las Vegas Sands Corp.* |

**ORDER**

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

_____
DATE